David **CHAPMAN**, Plaintiff—Appellant,

v.

Doctor **TRIPLETT**; Al Cannon, Jr., Defendants—Appellees.

No. 05–6483.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2005.

Decided: Aug. 29, 2005.

David Chapman, Appellant pro se. Robert Holmes Hood, Jr., Roy Pearce Maybank, Hood Law Firm, Charleston, South Carolina, Hugh Willcox Buyck, Buyck Law Firm, Charleston, South Carolina, Sandra Jane Senn, Charleston, South Carolina, for Appellees.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Chapman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Chapman v. Triplett*, No.

CA–04–363–8–18BI (D.S.C. Mar. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*